UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| **RIVER ROAD JET BOATS, LLC,** )<br>)<br>and )<br>)<br>**WAIMED ENTERPRISES, LLC** )<br>)<br>　　Plaintiffs, )<br>)<br>v. )<br>)<br>**ROCK PROOF BOATS LLC,** )<br>)<br>　　Defendant. ) | Civil Action No. <u>1:24-cv-00939-CCC</u> |

**JOINT STATUS REPORT**

Plaintiffs, River Road Jet Boats, LLC and Waimed Enterprises, LLC ("Plaintiffs") and Defendant, Rock Proof Boats LLC ("Defendant"), by and through their undersigned counsel and pursuant to this Court's Order, entered January 8, 2025, hereby file this Joint Status Report regarding the status of the United States Patent and Trademark Office's ("USPTO") review of United States Patent No. 10,618,619 ("the '619 Patent") and U.S. Patent No. 11,649,027 ("the '027 Patent") (collectively "Plaintiffs' Patents").

Plaintiff's Patents are still undergoing re-examination at the USPTO. While the re-examination proceeds, Plaintiffs and Defendant have no plans to take any action in the stayed litigation.

Dated: January 12, 2026                          Respectfully Submitted,

/s/ *Joseph R. Falcon*_____

Joseph R. Falcon, III
Barley Snyder
2 Great Valley Parkway
Suite 110
Malvern, PA 17101
610-889-3697
Email: jfalcon@barley.com
*Counsel for Defendant*

Justin A. Tomevi
Barley Snyder
100 East Market Street
York, PA 17401
717-846-8888
Email: jtomevi@barley.com
*Counsel for Defendant*

/s/ *Joshua F.P. Long*

Nathan A. Evans (VSB No. 46840)
Woods Rogers Vandeventer Black, PLC
123 East Main St., 5th Floor
Charlottesville, VA 22902
Telephone: 434-220-6829
Email: Nathan.evans@woodsrogers.com
*Counsel for Plaintiffs*

Joshua F. P. Long (VSB No. 65684)
Woods Rogers Vandeventer Black, PLC
Wells Fargo Tower, Suite 1400
P. O. Box 14125
Roanoke, Virginia 24038-4125
Telephone:  (540) 983-7600
Facsimile: (540) 983-7711
Email: joshua.long@woodsrogers.com
*Counsel for Plaintiffs*

116744035.1

                                            Pietro F. Sanitate (VSB No. 89538)
                                            Woods Rogers Vandeventer Black, PLC
                                            Riverfront Plaza, West Tower
                                            901 East Byrd Street, Suite 1550
                                            Richmond, VA  23219
                                            Phone: (804) 434-5029
                                            E-mail:pietro.sanitate@woodsrogers.com
                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on this date, I served a true and correct copy of the foregoing via this Court's ECF system.

                                                         /s/ *Joseph R. Falcon*

116744035.1